RECEIVED & FILED
04 OCT 13 PM 12: 12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

PEDRO LOPEZ LUGO, ET AL.  : Civil No. 96-1807-JAF

v  :

PUERTO RICO ELECTRIC POWER  :
AUTHORITY, ET AL.

EX PARTE MOTION FOR LEAVE TO FILE UNDER SEAL

Mariela Ortíz Lugo, by and through undersigned counsel, hereby moves for file the attached document under seal with the Clerk of the Court because it relates to the execution of a document filed under seal with the Court.

WHEREFORE, it is respectfully requested that the attached document be accepted for filing under seal. Because of the nature of the transaction, there is no other party involved.

Respectfully submitted,

DATE: 10 Oct. 2004

LINDA BACKIEL RATCLIFFE
Av. E. Pol #497 Aptdo. 597
La Cumbre
San Juan Puerto Rico
00926-5636
Tel & Fax: 787-760-4240